UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HOWARD D. FRANCIS,

                    Plaintiff,

-against-

MME GROUP, LLC d/b/a LA FINE, DENISE A TARDI,
JAMES C. TARDI, JR. and MICHAEL A. TARDI,

                    Defendants.
-----------------------------------------------------------------X

Docket No.:
2:20-cv-05194-JS-ARL

**STIPULATION OF**
**DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the respective parties to this stipulation, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the above-entitled action, that Plaintiffs action against MME GROUP, LLC d/b/a LA FINE, DENISE A. TARDI, JAMES C. TARDI, JR. and MICHAEL A. TARDI, herein be, and the same are hereby, discontinued with prejudice without costs to any party as against the other except as set forth in the parties settlement agreement.

IT IS HEREBY STIPULATED AND AGREED, nothing herein shall alter the parties rights and obligations under the settlement agreement.

IT IS HEREBY FURTHER STIPULATED, AGREED AND CONSENTED TO THAT facsimile signatures to this stipulation may be treated as original signatures; and

IT IS HEREBY STIPULATED, AGREED AND CONSENTED TO THAT this Stipulation may be submitted to the Court without further notice to any party.

Dated: Central Islip, New York
       November 3 2021

_Paul Pagano_

Paul Pagano, Esq.,
MOSER LAW FIRM, P.C.
Attorneys for Plaintiff
5 East Main Street
Huntingtin, New York 11743
(631) 824-0200
Email:
paul.pagano@moserlawfirm.com

Joseph M. Guzzardo, Esq. (JMG 8640)
BARTLETT LLP
MME GROUP, LLC d/b/a LA FINE,
DENISE A. TARDI, JAMES C. TARDI, JR.,
And MICHAEL A. TARDI
320 Carleton Avenue, Suite 7500
Central Islip, New York 11722
(516) 877-2900
File No.: 741.0003
E-Mail:
Joseph.Guzzardo@Bartlettllp.com